IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEE CRAYTON, #918103, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | 3:08-CV-0331-O | |
| ) | | |
| DALLAS COUNTY DIRECTOR, et al., ) | | |
| Defendants. ) | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections[1], and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES as premature Plaintiff's motions for leave to file notice of appeal and to proceed *in forma pauperis* on appeal (Doc. #10-11).

SO ORDERED this 4th day of August, 2008.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] On June 12, 2008 Lee Crayton filed a "Motion for Leave to File Petition for Review and Motion for Leave to File Writ of Mandamus" (Doc. # 13) which the Court construes as objections to the Magistrate Judge's findings, conclusions and recommendation.